tiorari to the Criminal Court of Appeals of Oklahoma denied. MR. JUSTICE MURPHY took no part in the consideration or decision of these applications. *William J. Hulsey* and *Lena Hulsey* for petitioner.

No. 519. MECHANICAL FARM EQUIPMENT DISTRIBUTORS, INC. *v.* PORTER, PRICE ADMINISTRATOR. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *S. Hasket Derby* for petitioner. *Acting Solicitor General Washington, John R. Benney* and *David London* for respondent.

No. 527. LORRAINE COFFEE CO., INC. ET AL. *v.* LA TOURAINE COFFEE CO., INC. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Benedict Wolf* for petitioners. *Benjamin P. DeWitt* for respondent.

No. 528. LOGIN CORPORATION *v.* PORTER, PRICE ADMINISTRATOR. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Francis V. Keesling, Jr.* for petitioner. *Acting Solicitor General Washington, John R. Benney, David London* and *Albert J. Rosenthal* for respondent.

No. 536. KOZA ET AL. *v.* DREXLER ET AL. November 12, 1946. Petition for writ of certiorari to the Circuit Court